FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Ross
(Last Name)          (Identification Number)

Shcorey          Lashawn
(First Name)          (Middle Name)

Clarke County Jail
(Institution)

444 west donald st
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.

Barry White

(Enter the full name of the defendant(s) in this action)

CIVIL ACTION NUMBER: 2:24-cv-48-TBM-RPM
(to be completed by the Court)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 21 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No ( )

B. Are you presently incarcerated?
Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: **Shcorey Lashaun Ross**   Prisoner Number: _____

Address: **444 west donald st**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: **Barry White** is employed as **Cheif deputy / Jail administrator** at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: **Shcorey Lashaun Ross**   ADDRESS: **444 west donald st**

DEFENDANT(S):

NAME: **Barry White**   ADDRESS: **444 west donald st**

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: Barry White, Todd Kemp, James mosely

2. Court (if federal court, name the district; if state court, name the county): Jackson, MS

3. Docket Number: 34

4. Name of judge to whom case was assigned: Robert P. myres

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) the case was dismissed what grounds im not sure

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I filled A complaint form out about me being over punished which by their rule book state's for A major infraction loss of privileges for A period to not exceed over 30 day's also disciplinary Separation for A period not to exceed 30 day's I have been Separated for over 30 days from general population also I get lock down at six pm everyday and I dont have access to phones or showers till six am the next morning which everyone else has access to the showers 24/7 and phones till 9 pm.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Pain and Suffering

Signed this 15 day of March, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

J. hooley Ross
Signature of plaintiff